USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/10

**THE ROSEN LAW FIRM, P.A.**  *Attorneys-at-Law*

350 Fifth Avenue, Suite 5508
New York, NY 10118
Tel: (212) 686-1060
Fax: (212) 202-3827

August 6, 2010

**MEMO ENDORSED**
**Pg. 2**

**BY HAND**

The Honorable Richard M. Berman
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: In re MRU Securities Litigation, No. 09-CV-3807 (RMB)

Your Honor:

The Rosen Law Firm, P.A. is Lead Counsel for Lead Plaintiffs in the above-referenced securities class action.

In accordance with the Court's instruction at the status conference on July 27, 2010, I write to inform the Court that Lead Plaintiffs wish to file an amended complaint.

On behalf of all parties, I request the Court's approval of the following schedule for filing the amended complaint and for a briefing schedule for the joint motion of the Individual Defendants, Merrill Lynch & Co., Inc. and Bagell, Josephs, Levine & Company LLC to dismiss the second amended complaint:

| Action | Date |
| --- | --- |
| Plaintiffs Second Amended Complaint | August 20, 2010 |
| Defendants' joint motion to dismiss | September 20, 2010 |
| Plaintiffs' opposition | October 20, 2010 |
| Defendants' joint reply | November 4, 2010 |

Because of the number of parties and issues involved, on Defendants' initial motion to dismiss, the court permitted the parties to expand the page limit to 35 pages for the motion and opposition and 15 pages for the reply brief. The parties request the same enlargement of the page limits for the new motion to dismiss.

RECEIVED AUG 06 2010 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

Respectfully submitted,

*[signature]*

Laurence Rosen (LR 5733)

cc: Barry G. Sher (via email)
William Novomisle (via email)
Herbert S. Washer, Esq. (via email)
Daniel Lewis, Esq. (via email)
Thomas R. Manisero, Esq. (via email)
Peter J. Larkin, Esq. (via email)

*Attorneys for Defendants*

---

Application granted. See Court's rules regarding the filing of motions. Defs.' joint motion to Dismiss [#32] is dismissed without prejudice.

SO ORDERED:
Date: 8/10/10

Richard M. Berman, U.S.D.J.